UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Michelle Smith,<br><br>                Plaintiff,<br><br>vs.<br><br>Hartford Life and Accident Insurance Company,<br><br>                Defendant.<br><br>Hartford Life and Accident Insurance Company,<br><br>                Counterclaimant,<br><br>vs.<br><br>Michelle Smith,<br><br>                Counterdefendant. | No. CV 11-00362-PHX-GMS<br><br>**ORDER OF DISMISSAL** |

      Pursuant to the parties' Stipulation of Dismissal With Prejudice (Doc. 23) and good cause appearing,

      **IT IS ORDERED** that the above-captioned lawsuit is dismissed with prejudice. Each party will bear its own attorneys' fees and costs.

      Dated this 2nd day of February, 2012.

*/s/ A. Murray Snow*
G. Murray Snow
United States District Judge